# EXHIBIT A

Joanne E. Caruso (SBN 183360)
Stephanie Little (SBN 235071)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
(213) 892-1800 (telephone)
(213) 892-2300 (facsimile)
carusoj@howrey.com
littles@howrey.com
Attorneys for Plaintiffs

D. Barclay Edmundson (SBN 89481)
Orrick, Harrington & Sutcliffe, LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017-5855
(213) 629-2020 (telephone)
(213) 612-2499 (facsimile)
bedmundson@orrick.com
Attorneys for Defendants

Priority
Send
Clsd
Enter
~~JS-5~~/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABLE OFFSHORE ENERGY INC., as agent for and on behalf of the Working Interest Owners of the SABLE OFFSHORE ENERGY PROJECT, EXXONMOBIL CANADA PROPERTIES, SHELL CANADA LIMITED, IMPERIAL OIL RESOURCES, MOSBACHER OPERATING LTD., and PENGROWTH CORPORATION; EXXONMOBIL CANADA PROPERTIES as operator of the SABLE OFFSHORE ENERGY PROJECT, Plaintiffs, v. AMERON INTERNATIONAL CORPORATION, Defendant. | Case No.: CV05-0752 NM(VBKX)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE STAY** |

DOCKETED ON CM
JUN 17 2005
BY 012

11

WHEREAS, the case currently before this Court was filed on January 31, 2005 (the "California action");

WHEREAS, defendant was served with the Complaint on May 12, 2005;

WHEREAS, defendant's answer and/or response to the Complaint must be filed and served no later than June 15, 2005;

WHEREAS, there is currently pending a case entitled *Sable Offshore Energy, Inc., et al. v. Ameron Int'l Corp., et al.*, ("Nova Scotia action") in the Supreme Court of Nova Scotia, S.H. No. 220343 brought by plaintiffs against Ameron and other defendants;

WHEREAS, a number of common issues exist between the Nova Scotia action and the California action;

WHEREAS, defendant Ameron has not filed a Defence in the Nova Scotia action at this time, but has agreed to attorn to the jurisdiction of the Supreme Court of Nova Scotia;

WHEREAS, the parties agree that the California action should be stayed until such time as there is a full and final resolution on the merits of the Nova Scotia action as against Ameron, including any and all appeals;

WHEREAS, the parties agree that if there is a full and final adjudication on the merits of the Nova Scotia action as against Ameron, plaintiffs will dismiss the California action pending in this Court.

THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THAT:

1. The California action shall be stayed until a full and final resolution is reached on the merits of the Nova Scotia action as against Ameron, at which time plaintiffs will dismiss this case.

2. Unless and until the stay is lifted, defendant Ameron does not have to answer or otherwise respond to plaintiffs' Complaint. Defendant Ameron shall have

sixty days following the lifting of the stay to answer or otherwise respond to plaintiffs' complaint.

3. This stipulation is not intended to be a waiver of defendant's rights to challenge venue and/or jurisdiction in the California action.

Dated: June 14, 2005

HOWREY LLP
Joanne E. Caruso
Stephanie Little

By: [signature]
Joanne E. Caruso
Attorneys for Plaintiffs

Dated: June 14, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP
D. Barclay Edmundson

By: D. Barclay Edmundson
D. Barclay Edmundson
Attorneys for Defendants

**ORDER**

Based upon the stipulation of counsel for the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

1. This case shall be stayed until there is a full and final resolution on the merits (including appeals) of the Nova Scotia action as against defendant Ameron.

2. Defendant does not have to answer or otherwise respond to plaintiffs' Complaint until sixty days following the date upon which the stay is lifted.

DATED: 6/15/05

[signature]
JUDGE NORA M. MANELLA
UNITED STATES DISTRICT COURT

SCANNED